Mubrouca ALLISON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 661, 2015

Supreme Court of Delaware.

Submitted: September 14, 2016
Decided: September 28, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1407001620

AFFIRMED.

Tyrone M. ADKINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 581, 2015

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: September 29, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1411014640

AFFIRMED.

David YARBOROUGH, Defendant-
Below, Appellant,

v.

STATE of Delaware, Plaintiff-
Below, Appellee.

No. 15, 2016

Supreme Court of Delaware.

Submitted: September 14, 2016
Decided: September 28, 2016

Court Below: Superior Court of the State of Delaware, Cr. Nos. 1402013417, 1202006406, and 1201018253

AFFIRMED.

Vernon SPEESE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 184, 2016

Supreme Court of Delaware.

Submitted: August 4, 2016
Decided: September 29, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1305000437

AFFIRMED.